UNITED STATES BANKRUPTCY COURT
DISTRICT OF MINNESOTA

In Re:                                                 CHAPTER 13 CASE

Matthew S Aschnewitz                   CASE NO. 09-42112

                 Debtor.                         AGREED ORDER

_____

       This case is before the court on the motion of Mortgage Electronic Registration Systems, Inc. through its servicing agent US Bank N.A., seeking relief from the stay imposed pursuant to 11 U.S.C. § 362. Based on the files and records;

       IT IS ORDERED:

       1.        The motion by movant is hereby denied.

       2.        Debtor shall cure the post petition arrears in a total amount of $5,033.00 with the breakdown as follows:

```
Payments 3 @ $1,356.26 = $4,068.78
February, 2010 through April, 2010
Inspections = $100.00
Late Charges = $164.22
Attorney Fees and Costs = $700.00
  TOTAL:                                    $5,033.00
```

       3.        Debtor shall pay $2,516.50 in certified funds made payable to Movant, on or before April 16, 2010, and sent directly to Wilford & Geske, P.A..

       3.        The balance of the post petition arrears shall be cured by 6 payments in the amount of $419.42, commencing May, 2010 and continuing through October, 2010, due on the 15th day of the month. These payments shall be in addition to the debtor's regular monthly mortgage payment and shall be sent directly to the mortgage company.

       4.        Debtor shall continue to pay regular monthly payments on this account as and when such payments become due, commencing May 01, 2010.

5. Debtor shall also remain current with the Trustee.

6. In the event debtor does not comply with any of the above terms, the movant, its assigns and successors in interest, will be entitled to ex parte relief from the automatic stay upon expiration of ten calendar days after service by U.S. Mail of an affidavit of default upon debtor and his attorney; and upon failure by debtor to cure the same. If a default notice issues and the default is cured within the ten days allowed, the movant will be entitled to $75.00 as compensation for attorney fees incurred relative to the notice. Notwithstanding Fed. R. of Bankr. P. 4001(a)(3), this order is effective immediately.

| | |
|---|---|
| April 8, 2010 | /e/ Nancy C. Dreher |
| Dated | Chief United States Bankruptcy Judge |

NOTICE OF ELECTRONIC ENTRY AND
FILING ORDER OR JUDGMENT
Filed and Docket Entry made on 04/08/2010
Lori Vosejpka, Clerk, by KK